JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LAMAR MYERS,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**LAM PHAN D/B/A QUIGLEY'S LIQUOR; MICHAEL H. QUIGLEY; and DOES 1 to 10,**<br><br>**Defendants.** | **Case No.: 2:26-cv-03393-FMO-PDx**<br>Assigned to Judge Fernando M. Olguin<br><br>**ORDER GRANTING STIPULATION [25] FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

IT IS SO ORDERED.

DATED: August 4, 2026

/s/
Hon. Fernando M. Olguin
United States District Judge